IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORAINE MARIE SHERMOT,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-2719 |
| | : | |
| **JAMES M. BUCCI,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 8th day of December, 2020, upon consideration of Plaintiff Loraine Marie Shermot's Amended Complaint (ECF No. 14) and Exhibits (ECF No. 15), it is **ORDERED** that:

1. The Court's October 27, 2020 Order dismissing this case (ECF No. 13) is **VACATED**.

2. The Clerk of Court shall **REOPEN** this case and shall **AMEND** the docket to reflect the caption of the Amended Complaint, which names the following Defendants: (a) Gary Champlin, Ph.D.; (b) Susan Fralick-Ball, Psy. D.; and (c) The ARC Alliance.

3. The Amended Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum as follows:

    a. Claims barred by the *Rooker-Feldman* doctrine are **DISMISSED WITHOUT PRJEUDICE** for lack of subject matter jurisdiction;

    b. Shermot's claims on behalf of her brother are **DISMISSED WITHOUT PREJUDICE**;

    c. Shermot's remaining § 1983 claims are **DISMISSED WITH PREJUDICE**; and

      d.  Any state law claims are **DISMISSED WITHOUT PRJEUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court shall **CLOSE** this case.

                                    **BY THE COURT:**

                              */s/ John M. Gallagher*
                              **JOHN M. GALLAGHER, J.**